✎Prob 12C
(Rev. 05/19 - D/SC)

# United States District Court

for

District of South Carolina

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Nicole Rene Zahnd                    **Case Number:** 0:17CR01220-001

**Name of Sentencing Judicial Officer:** The Honorable Thomas A. Varlan, Chief U.S. District Judge

**Date of Original Sentence:** January 14, 2014

**Original Offense:**   Count 1: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2)
                        Count 2: Possession of Counterfeit Currency, 18 U.S.C. § 472

**Original Sentence:** The Court ordered the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 63 months as to each of Counts One and Two, such terms to run concurrently. The sentence imposed was ordered to run consecutively with any anticipated term of imprisonment for state probation violation charges in North Carolina and South Carolina. The $200.00 special assessment fee has been paid in full. Upon release, the Court ordered the defendant be placed on supervised release for a term of 3 years as to each of Counts One and Two, such terms to run concurrently, with the following special conditions:

1. The defendant shall participate in a program of testing and/or treatment for drug and/or alcohol abuse, as directed by the probation officer, until such time as she is released from the program by the probation officer.
2. The defendant shall participate in a program of mental health treatment, as directed by the probation officer, until such time as she is released from the program by the probation officer. The defendant shall waive all rights to confidentiality regarding mental health treatment in order to allow release of information to the supervising United States Probation Officer and to authorize open communication between the probation officer and the mental health treatment provider.
3. The defendant shall take all medication prescribed by the treatment program as directed. If deemed appropriate by the treatment provider or the probation officer, the defendant shall submit to quarterly blood tests, to determine whether she is taking the medication as prescribed.

**Type of Supervision:** Supervised Release              **Date Supervision Commenced:** October 6, 2017

**Assistant U.S. Attorney:** Unassigned                  **Defense Attorney:** Unassigned

**Previous Court Action/Notification(s):** On December 6, 2017, jurisdiction of the defendant's case was accepted in the District of South Carolina by The Honorable Margaret B. Seymour, Senior United States District Judge, from the Eastern District of Tennessee.

On June 4, 2018, upon recommendation of the probation officer, the Court suspended the conditions of substance abuse treatment and mental health treatment.

Prob 12C  
(Rev. 05/19 - D/SC)

Page 2

On August 18, 2019, the probation officer notified the Court that the defendant had been charged by the York County Sheriff's Office with two counts of Receiving Stolen Goods, regarding stolen heavy equipment found on property owned by her and her husband. Upon recommendation of the probation officer, the Court allowed the defendant to remain on supervision while the charges remain pending.

On December 2, 2019, the probation officer notified the Court that the defendant had tested positive on two occasions for the recent use of methamphetamine. Upon recommendation of the probation officer, the Court allowed the defendant to remain on supervision so that she could participate in substance use counseling and treatment.

## PETITIONING THE COURT

[ ]  To issue a warrant

[X]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**            **Nature of Noncompliance**

**1**      **New Criminal Conduct:** On June 14, 2019, the defendant was charged by the York County Sheriff's Office with Receiving Stolen Goods/ Chop Shop, Alter, Deface, Destroy, Disguise, etc., a Vehicle ID Number. According to warrant #2019A4610300272, the defendant and a codefendant altered, defaced, and obliterated multiple identification numbers and vehicle while using their property of 1252 Glasscock Road, Rock Hill, SC, as a chop shop. The defendant was released on June 15, 2019, after executing a $2,000.00 surety bond. As of February 11, 2020, this charge remains pending.

**2**      **New Criminal Conduct:** On June 14, 2019, the defendant was charged by the York County Sheriff's Office with Receiving Stolen Goods, Value $10,000.00 or more. According to warrant #2019A4610300273, the defendant and a codefendant knowingly received and possessed stolen property to include skid steers, trailers, and other property at their property of 1252 Glasscock Road, Rock Hill, SC. The defendant was released on June 15, 2019, after executing a $7,000.00 surety bond. As of February 11, 2020, this charge remains pending.

**3**      **Use/ Possession of Illegal Drugs:** During an office visit on September 9, 2019, the defendant submitted to a urinalysis which proved positive for her recent use of methamphetamine. The sample was sent to Alere Toxicology Services, Inc., and confirmed positive for her use of methamphetamine.

**4**      **Use/ Possession of Illegal Drugs:** During an office visit on November 20, 2019, the defendant submitted to a urinalysis which proved positive for her recent use of methamphetamine. The sample was sent to Alere Toxicology Services, Inc., and confirmed positive for her use of methamphetamine.

Prob 12C  
(Rev. 05/19 - D/SC)

Page 3

**5**  **Use/ Possession of Illegal Drugs:** On January 22, 2020, the defendant submitted to a urinalysis which proved positive for her recent use of methamphetamine. The sample was sent to Alere Toxicology Services, Inc., and confirmed positive for her use of methamphetamine.

**6**  **Use/ Possession of Illegal Drugs:** On January 27, 2020, the defendant submitted to a urinalysis which proved positive for her recent use of methamphetamine. The sample was sent to Alere Toxicology Services, Inc., and confirmed positive for her use of methamphetamine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 11, 2020

John P. Egan  
U.S. Probation Officer  
Columbia Office

Reviewed and Approved By:

Eugene E. Rodillo, Jr.  
Supervisory U.S. Probation Officer

---

**THE COURT ORDERS:**

☐ No action.

☐ The issuance of a warrant.

☒ The issuance of a summons.

☐ Other

## BOND CONSIDERATION:

[X]  Bond to be set at the discretion of the United States Magistrate Judge.

[ ]  No bond to be set.

[ ]  Other (specify):


           /s/ Margaret B. Seymour
           Margaret B. Seymour
           Senior U.S. District Judge

           February 13, 2020
                     Date